445 A.2d 239

Commonwealth v. Baylor, Jr., Appellant.

 Submitted February 8, 1982. Richard M. Serbin, for appellant; Jolene M. Grubb, for appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., concurred in the result.